United States District Court
Southern District of Texas
**ENTERED**
January 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FERD KENNEDY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-01605 |
| | § | |
| SOCIAL SECURITY | § | |
| ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff Ferd Kennedy's *pro se* lawsuit against the Social Security Administration ("SSA") seeking court intervention on "a matter of benefits." (Doc. 1.) On December 29, 2021, Judge Palermo issued a Report and Recommendation. (Doc. 12). In that Report and Recommendation, Judge Palermo conducted a *sua sponte* examination of the Court's subject matter jurisdiction and found it wanting. (*Id.*) Judge Palermo therefore recommended that the case be dismissed. Objections to Judge Palermo's recommendation were due by January 12, 2022. The time for filing objections has therefore passed. No objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. *Quinn v. Guerrero*, 863 F.3d 353, 358 (5th Cir. 2017). Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, this case is summarily **DISMISSED** for lack of subject matter jurisdiction.

1

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the ___13ᵗʰ___ day of January, 2022.


                                                       _____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE